Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21752−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A. Parker III
   606 Passmore Avenue
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−0001

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 13, 2018
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21752-ABA
James A. Parker, III                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2            Date Rcvd: Jul 13, 2018
                            Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
```
db         +James A. Parker, III,   606 Passmore Avenue,   Hammonton, NJ 08037-1210
517583456   American InfoSource LP,   PO Box 71083,   Charlotte, NC 28272-1083
517583457  +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
517583459   Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
517583460  +Chase Records Center,   ATTN: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
             Monroe, LA 71203-4774
517583462   Emerge,   PO Box 105555,   Atlanta, GA 30348-5555
517583463  +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
517603784  +MidFirst Bank,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517583466  +Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
517583467   Patient First,   PO Box 758941,   Baltimore, MD 21275-8941
517583472   Selip & Stylianou, LLC,   10 Forest Ave,   PO Box 914,   Paramus, NJ 07653-0914
517583475  +TTLBL, LLC,   4747 Executive Drive, Suite 510,   San Diego, CA 92121-3100
517583474  +Township of Hammonton,   100 Central Avenue,   Hammonton, NJ 08037-1676
517583476  +Urgent Care - Hammonton,   Broadway Square,   120 S White Horse Pike,
             Hammonton, NJ 08037-1804
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QBTHOMAS.COM Jul 14 2018 03:13:00      Brian Thomas,   Brian Thomas, Esq,
             327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52      U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47      United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517583458   EDI: CAPITALONE.COM Jul 14 2018 03:13:00      Capital One,   PO Box 30285,
             Salt Lake City, UT 84130-0285
517583461   EDI: CITICORP.COM Jul 14 2018 03:13:00      Citi Cards,   PO Box 6500,
             Sioux Falls, SD 57117-6500
517583464  +EDI: IIC9.COM Jul 14 2018 03:13:00      I.C. System Inc.,   PO Box 64378,
             Saint Paul, MN 55164-0378
517583465   EDI: TSYS2.COM Jul 14 2018 03:13:00      Macy's,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
517583469   EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,
             120 Corporate Blvd Ste 100,   Norfolk, VA 23502
517583468   EDI: PRA.COM Jul 14 2018 03:13:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541
517583470   EDI: Q3G.COM Jul 14 2018 03:13:00      Quantum3 Group LLC,   PO Box 788,
             Kirkland, WA 98083-0788
517583471   E-mail/Text: colleen.atkinson@rmscollect.com Jul 13 2018 23:37:04
             Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
517583473   EDI: RMSC.COM Jul 14 2018 03:13:00      Synchrony Bank,   ATTN: Bankruptcy Dept,   PO Box 965060,
             Orlando, FL 32896-5060
517584043  +EDI: RMSC.COM Jul 14 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
517583477  +EDI: WFFC.COM Jul 14 2018 03:13:00      Wells Fargo Dealer Services,
             ATTN: Correspondence - MAC T9017-026,   PO Box 168048,   Irving, TX 75016-8048
                                                                                               TOTAL: 14
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                  Page 2 of 2                  Date Rcvd: Jul 13, 2018
                                  Form ID: 148                 Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor James A. Parker, III roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```