Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 18−21752−ABA
                    Chapter:  7
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A. Parker III
   606 Passmore Avenue
   Hammonton, NJ 08037

Social Security No.:
   xxx−xx−0001

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Brian Thomas, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 11/6/18
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: October 19, 2018
JAN:

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-21752-ABA
James A. Parker, III                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 19, 2018
                              Form ID: 170             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db           +James A. Parker, III,    606 Passmore Avenue,    Hammonton, NJ 08037-1210
517583456     American InfoSource LP,    PO Box 71083,    Charlotte, NC 28272-1083
517583457    +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517583459     Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517583460    +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774
517583461     Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
517583462     Emerge,    PO Box 105555,    Atlanta, GA 30348-5555
517583463    +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517583464    +I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517583465     Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517603784    +MidFirst Bank,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517583466    +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
517583467     Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
517583472     Selip & Stylianou, LLC,    10 Forest Ave,    PO Box 914,    Paramus, NJ 07653-0914
517583475    +TTLBL, LLC,    4747 Executive Drive, Suite 510,    San Diego, CA 92121-3100
517583474    +Township of Hammonton,    100 Central Avenue,    Hammonton, NJ 08037-1676
517583476    +Urgent Care - Hammonton,    Broadway Square,    120 S White Horse Pike,
               Hammonton, NJ 08037-1804
517583477    +Wells Fargo Dealer Services,    ATTN: Correspondence - MAC T9017-026,    PO Box 168048,
               Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2018 00:12:33     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2018 00:12:29     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517583458     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2018 00:14:26     Capital One,
               PO Box 30285,   Salt Lake City, UT 84130-0285
517583469     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 00:14:56
               Portfolio Recovery Associates, LLC,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
517583468     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 00:25:54
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517583470     E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2018 00:12:25     Quantum3 Group LLC,
               PO Box 788,   Kirkland, WA 98083-0788
517583471     E-mail/Text: colleen.atkinson@rmscollect.com Oct 20 2018 00:13:34
               Receivables Management Systems,    PO Box 8630,   Richmond, VA 23226-0630
517583473     E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:24     Synchrony Bank,
               ATTN: Bankruptcy Dept,    PO Box 965060,   Orlando, FL 32896-5060
517584043    +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2018 00:14:24     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 19, 2018
                              Form ID: 170             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:

        Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
        Rex J. Roldan    on behalf of Debtor James A. Parker, III roldanlaw@comcast.net, r43760@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 5