UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James A. Parker, III

Case No.: 18-21752
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __01/15/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
606 Passmore Avenue
Hammonton, NJ
Value $161,948

Liens on property:
Chase
$141,424.00

Amount of equity claimed as exempt: $20,000.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-21752-ABA
James A. Parker, III                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2              Date Rcvd: Dec 13, 2018
                               Form ID: pdf905            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db          +James A. Parker, III,   606 Passmore Avenue,   Hammonton, NJ 08037-1210
517583456    American InfoSource LP,   PO Box 71083,   Charlotte, NC 28272-1083
517583457   +Best Buy Credit Services,   PO Box 790441,   Saint Louis, MO 63179-0441
517583459    Chase Mortgage,   PO Box 24696,   Columbus, OH 43224-0696
517583460   +Chase Records Center,   ATTN: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
              Monroe, LA 71203-4774
517583461    Citi Cards,   PO Box 6500,   Sioux Falls, SD 57117-6500
517583462    Emerge,   PO Box 105555,   Atlanta, GA 30348-5555
517583463   +Home Depot Credit Services,   PO Box 790328,   Saint Louis, MO 63179-0328
517583464   +I.C. System Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
517583465    Macy's,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
517603784   +MidFirst Bank,   216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517583466   +Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
517583467    Patient First,   PO Box 758941,   Baltimore, MD 21275-8941
517583472    Selip & Stylianou, LLC,   10 Forest Ave,   PO Box 914,   Paramus, NJ 07653-0914
517583475   +TTLBL, LLC,   4747 Executive Drive, Suite 510,   San Diego, CA 92121-3100
517583474   +Township of Hammonton,   100 Central Avenue,   Hammonton, NJ 08037-1676
517583476   +Urgent Care - Hammonton,   Broadway Square,   120 S White Horse Pike,
              Hammonton, NJ 08037-1804
517583477   +Wells Fargo Dealer Services,   ATTN: Correspondence - MAC T9017-026,   PO Box 168048,
              Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517583458    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 00:43:38    Capital One,
              PO Box 30285,   Salt Lake City, UT 84130-0285
517583469    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:43:42
              Portfolio Recovery Associates, LLC,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502
517583468    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 00:43:42
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517583470    E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 00:40:08    Quantum3 Group LLC,
              PO Box 788,   Kirkland, WA 98083-0788
517583471    E-mail/Text: colleen.atkinson@rmscollect.com Dec 14 2018 00:41:22
              Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
517583473    E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:00    Synchrony Bank,
              ATTN: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517584043   +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:45    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Dec 13, 2018
                               Form ID: pdf905          Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor James A. Parker, III roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5