**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−21752−ABA | **DATE FILED::** 6/10/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>James A. Parker III<br>xxx−xx−0001 | ADDRESS OF DEBTOR(S):<br><br>606 Passmore Avenue<br>Hammonton, NJ 08037 |
| DEBTOR'S ATTORNEY:<br>Rex J. Roldan<br>Law Office of Rex J. Roldan, PC<br>Washington Professional Campus<br>900 Route 168, Suite I−4<br>Turnersville, NJ 08012<br><br>(856) 232−1425 | TRUSTEE:<br>Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221<br>(609) 601−6066 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/18/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 18, 2018                                FOR THE COURT
                                                        Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21752-ABA
James A. Parker, III                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2           Date Rcvd: Dec 18, 2018
                              Form ID: noa               Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
```
db             +James A. Parker, III,    606 Passmore Avenue,     Hammonton, NJ 08037-1210
517583456       American InfoSource LP,    PO Box 71083,    Charlotte, NC 28272-1083
517583457      +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
517583459       Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517583460      +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
517583462       Emerge,    PO Box 105555,    Atlanta, GA 30348-5555
517583463      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
517603784      +MidFirst Bank,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517583466      +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
517583467       Patient First,    PO Box 758941,    Baltimore, MD 21275-8941
517583472       Selip & Stylianou, LLC,    10 Forest Ave,    PO Box 914,    Paramus, NJ 07653-0914
517583475      +TTLBL, LLC,    4747 Executive Drive, Suite 510,    San Diego, CA 92121-3100
517583474      +Township of Hammonton,    100 Central Avenue,    Hammonton, NJ 08037-1676
517583476      +Urgent Care - Hammonton,    Broadway Square,    120 S White Horse Pike,
                 Hammonton, NJ 08037-1804
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBTHOMAS.COM Dec 19 2018 04:28:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2018 00:10:04      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2018 00:10:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517583458       EDI: CAPITALONE.COM Dec 19 2018 04:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517583461       EDI: CITICORP.COM Dec 19 2018 04:28:00      Citi Cards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
517583464      +EDI: IIC9.COM Dec 19 2018 04:28:00      I.C. System Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517583465       EDI: TSYS2.COM Dec 19 2018 04:28:00      Macy's,    Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
517583469       EDI: PRA.COM Dec 19 2018 04:28:00      Portfolio Recovery Associates, LLC,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502
517583468       EDI: PRA.COM Dec 19 2018 04:28:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
517583470       EDI: Q3G.COM Dec 19 2018 04:28:00      Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
517583471       E-mail/Text: colleen.atkinson@rmscollect.com Dec 19 2018 00:11:00
                 Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
517583473       EDI: RMSC.COM Dec 19 2018 04:28:00      Synchrony Bank,    ATTN: Bankruptcy Dept,   PO Box 965060,
                 Orlando, FL 32896-5060
517584043      +EDI: RMSC.COM Dec 19 2018 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517583477      +EDI: WFFC.COM Dec 19 2018 04:28:00      Wells Fargo Dealer Services,
                 ATTN: Correspondence - MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,   Brian Thomas, Esq,    327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 2 of 2                    Date Rcvd: Dec 18, 2018
                                      Form ID: noa                   Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor James A. Parker, III roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```