**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES A. PARKER, III

Case No.: 18-21752

Judge: ABA

Chapter: 7

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER AUTHORIZING RETENTION OF  Brian S. Thomas, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | | | | | |
|---|---|---|---|---|---|
| In re: | James A. Parker, IIIC | | | | |
| Case No.: | 18-21752/ABA | | | | |
| Applicant: | Brian S. Thomas | | | | |
| | ☑ Trustee: | ☑ Chap. 7 | ☐ Chap. 11 | | ☐ Chap. 13. |
| | ☐ Debtor: | ☐ Chap. 11 | ☐ Chap. 13 | | |
| | ☐ Official Committee of _____ | | | | |
| Professional: | Brian S. Thomas, LLC | | | | |
| | ☑ Attorney for: | | | | |
| | | ☑ Trustee | ☐ Debtor-in-Possession | | |
| | | ☐ Official Committee of _____ | | | |
| | ☐ Accountant for: | | | | |
| | | ☐ Trustee | ☐ Debtor-in-Possession | | |
| | | ☐ Official Committee of _____ | | | |
| | ☐ Other Professional: | | | | |
| | | ☐ Realtor | ☐ Appraiser | ☐ Special Counsel | ☐ Auctioneer |
| | | ☐ Other (specify): _____ | | | |

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Brian S. Thomas, is authorized to retain the professional, Brian S. Thomas, LLC to act as Attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*