**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513

**Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES A. PARKER, III

Case No.:  18-21752

Judge:  ABA

Chapter:  7

Recommended Local Form:    ☒  Followed    ☐  Modified

# ORDER AUTHORIZING
## RETENTION OF   Brian S. Thomas, LLC

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: James A. Parker, IIIC

Case No.: 18-21752/ABA

Applicant: Brian S. Thomas

- ☑ Trustee: ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
- ☐ Debtor: ☐ Chap. 11   ☐ Chap. 13
- ☐ Official Committee of _____

Professional: Brian S. Thomas, LLC

- ☑ Attorney for:
  - ☑ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Other Professional:
  - ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, Brian S. Thomas, is authorized to retain the professional, Brian S. Thomas, LLC to act as Attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:  
James A. Parker, III  
    Debtor

Case No. 18-21752-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Dec 27, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.  
db    +James A. Parker, III,   606 Passmore Avenue,   Hammonton, NJ 08037-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:

    Brian Thomas   on behalf of Trustee Brian Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
    Brian Thomas   brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
    Rebecca Ann Solarz   on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com  
    Rex J. Roldan   on behalf of Debtor James A. Parker, III roldanlaw@comcast.net, r43760@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5